1  Zachary M. Best, SBN 166035
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@mission.legal

5  Attorneys for Plaintiff
   Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROMINE GROUP, LLC, et al.,<br><br>　　　　Defendants. | No. 1:17-cv-00383-AWI-SKO<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER**<br><br>**(Doc. 8)** |

**WHEREAS,** a Mandatory Scheduling Conference in this matter is set for June 22, 2017 (Dkt. 3);

**WHEREAS,** Plaintiff Jose Trujillo ("Plaintiff"), and Defendants, Romine Group, LLC and Bhan Singh dba AK Market ("Defendants," and together with Plaintiff, "the Parties") are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve Court resources and attorney's fees;

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for June 22, 2017 to a date at the Court's convenience on or after July 21, 2017.

Dated: June 12, 2017                                MISSION LAW FIRM, A.P.C.


                                                    */s/ Zachary M. Best*
                                                    Zachary M. Best
                                                    Attorneys for Plaintiff,
                                                    Jose Trujillo

Dated: June 12, 2017                                OWDOM LAW FIRM


                                                    */s/ Matthew D. Owdom*
                                                    Matthew D. Owdom
                                                    Attorneys for Defendants,
                                                    Romine Group, LLC and Bhan Singh
                                                    dba AK Market

## **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for June 22, 2017 is continued to August 17, 2017 at 10:30 a.m. in Courtroom 7, before Magistrate Judge Sheila K. Oberto. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: **June 14, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE